

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Daniel Nicholas Villazana, Appellant

No. 06-24-00212-CR     v.

The State of Texas, Appellee

Appeal from the 276th District Court of Camp County, Texas (Tr. Ct. No. CF-22-02923). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Daniel Nicholas Villazana, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 31, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk